DAVID J. KAMINSKI, ESQ., (SBN #128509)
KaminskiD@cmtlaw.com
LARISSA G. NEFULDA, ESQ., (SBN #201903)
NefuldaL@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
GC SERVICES, L.P.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ED STERGAR, | CASE NO. 08 CV 01452 LKK EFB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| GC SERVICES, LIMITED PARTNERSHIP | |
| Defendant. | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendant GC SERVICES, L.P. and Plaintiff ED STERGAR have settled the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re: Dismissal of the entire action, with prejudice, within 45 days of this Notice.

/ / /

/ / /

1  The parties request that the Court take off calendar all future hearing dates in this matter.

2

3  DATED: September 5, 2008                CARLSON & MESSER LLP

4

5                                          By /s/ David J. Kaminski
                                               David J. Kaminski, Esq.
6                                              Larissa G. Nefulda, Esq.
                                               Attorneys for Defendant
7                                              GC SERVICES, L.P.