DAVID J. KAMINSKI, ESQ., (SBN #128509)
KaminskiD@cmtlaw.com
LARISSA G. NEFULDA, ESQ., (SBN #201903)
NefuldaL@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
GC SERVICES, L.P.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ED STERGAR, | CASE NO. 08 CV 01452 LKK EFB |
|---|---|
| Plaintiff, | **STIPULATION RE: DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** |
| vs. | |
| GC SERVICES, LIMITED PARTNERSHIP | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant GC SERVICES, L.P. and Plaintiff ED STERGAR, through their respective counsel of record, that Plaintiff ED

///

///

///

---

1

05763.00/148097

STIPULATION RE: DISMISSAL WITH
PREJUDICE OF DEFENDANT GC SERVICES, L.P.
CASE NO. 08 CV 01452 LKK EFB

1  STERGAR agrees to dismiss the entire Complaint, with prejudice, as to Defendant GC
2  SERVICES, L.P. Each party shall bear its own costs and expenses.

4  DATED: October 17, 2008                LEGAL HELPERS, P.C.

6                                         By /s/ Julius M. Engel
7                                            Julius M. Engel, Esq.
                                             Attorneys for Plaintiff,
8                                            ED STERGAR

9  DATED:  October 17, 2008               CARLSON & MESSER LLP

11                                        By /s/ David J. Kaminski
12                                           David J. Kaminski, Esq.
                                             Larissa G. Nefulda, Esq.
13                                           Attorneys for Defendant
                                             GC SERVICES, L.P.

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05763.00/148097

STIPULATION RE: DISMISSAL WITH
PREJUDICE OF DEFENDANT GC SERVICES, L.P.
CASE NO. 08 CV 01452 LKK EFB